**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WESLEY SPRATT,**

**Plaintiff,** *pro se*

v. C.A. No. 04 - 112 S

**A.T. WALL**, Director, Rhode Island Department of Corrections, and the **RHODE ISLAND DEPARTMENT OF CORRECTIONS,**

**Defendants.**

**ORDER**

Jacob Hagopian, Senior United States Magistrate Judge

Wesley Spratt ("Spratt" or "plaintiff"), *pro se*, an inmate legally incarcerated at the Rhode Island Department of Corrections ("RIDOC"), Cranston, Rhode Island, filed a complaint pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1. Spratt named as defendants the RIDOC [1] and its director, A.T. Wall ("Wall" or "defendant").

Both Spratt and Wall filed motions for summary judgment. On January 13, 2005, I issued a Report and Recommendation, recommending that summary judgment be granted in Wall's favor, and against Spratt, on plaintiff's Section 1983 claims. I further recommended that Spratt's RLUIPA claim be stayed pending the resolution of Cutter v. Wilkinson, 349 F.3d 257 (6th Cir. 2004)(finding RLUIPA violated the First Amendment), cert. granted 125 S.Ct. 308 (2005). The District Court

---

[1] The District Court dismissed RIDOC from this action on February 11, 2005.

accepted my recommendations. On May 31, 2005, the Supreme Court issued a decision in Cutter, reversing the Sixth Circuit and finding that RLUIPA did not offend the First Amendment. See Cutter v. Wilkinson 125 S.Ct. 2113 (2005). Thus, plaintiff's RLUIPA claim is now ripe for consideration.

However, after a review of both parties' submissions on plaintiff's RLUIPA claim, this Court finds an issue unaddressed. Neither party has addressed whether RLUIPA is applicable to the RIDOC. See 42 U.S.C. § 2000cc-1(b)(1)(providing that RLUIPA is applicable to programs or activities that receive "Federal financial assistance"). Accordingly, the parties are hereby **ORDERED** to address this issue in writing within ten days.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 3 Oct 05