UNITED STATES DISTRICT COURT FOR THE

OF RHODE ISLAND

WESLEY SPRATT

V.

DEPT. OF CORRECTIONS

CASE# C.A. NO. 04-1125

DATE 10/14/05

**MOTION FOR REASONABLE ATTORNEY FEE'S**

Now comes Mr **Wesley Spratt,** In the above matter to the **DISTRICT COURT OF RHODE ISLAND.** In asking this **Court** for special attorney's fee's, the rules are now applicable to **Prisoners.** In section **803** of the prison Litigation Reform act of 1995 ( PLRA) **EFFECTIVE APRIL 26, 1996.**

The Plaintiff respectfully requests that the Court grant a fee it deems reasonable.

CERTIFACATION OF MOTION

I MR WESLEY SPRATT, DO STATE THAT A TRUE COPY OF THIS ABOVE MATTER HAS BEEN SENT TO THE DEPT, OF CORRECTIONS. ON THE DATE OF 10/14/05

Wesley Spratt Pro Se