UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WESLEY SPRATT, PRO SE *
(Plaintiff) *
*
*
v. * C.A.No.04-112S
*

DEPT. OF CORRECTIONS,
A.T. WALL, et al.
(Defendant)

**PLAINTIFF'S MOTION FOR SPECIAL DAMAGES RULE 9(G)**

Now comes the Plaintiff, Wesley Spratt, pursuant to Rule 9 (G), "Special Damages," requesting to Court to grant an award of fifty ($50,000.00), thousand dollars for the infliction of emotional distress, mental anguish, stress, frustration and depression. **(Plaintiff requests to be heard by jury.)**

The Plaintiff is requesting the Court to grant this motion for the following reasons:

1. Unlike most civil actions, this Complaint was filed with a specific notice that the Plaintiff was not interested in money. All he wanted was to be left alone to serve his Lord and the only true Savior Jesus Christ. Just like he had done for the past seven (7), years, without one (1), incident of any kind. See p.1 in the Complaint.

2. The only money the Plaintiff requested was forty ($40.29), dollars and twenty-nine cents for the legal paper and copies that the Rhode Island Department of Corrections (RIDOC), Maximum Security facility had charged the Plaintiff for through the present time. (Plaintiff sent the Court the accounting data to substantiate this claim.)[Inmate Ledger].

3. The Plaintiff kindly informed the Correctional officer who initiated this ill, that he was violating my Constitutional rights. The Plaintiff went to the Lieutenant, as well as the Deputy Warden, and further wrote the Defendant. The Plaintiff showed them all the 1st Amendment to the United States Constitution, but because of their brotherhood, and various immunity clauses that usually protect them from Section 1983 Claims they refused to help. Wrongfully thinking, that since no one usually has to give an account it doesn't matter, but this isn't a §1983 claim.

4. Nevertheless, rather than name them all in the Complaint and request damages from them all, the Plaintiff graciously filed the Complaint requesting "No money from anyone," but clearly pointing out to the Defendant's legal counsel, in fact, [49] of the Complaint that **"Everyone is liable for damages,"** stating

"The house commitee report states that under the **R.F.R.A. seemingly reasonable regulations** based upon speculation exagerated fears, or post-hoc rationalizations **will not suffice** to meet the acts requirements." Reprinted in **1993 U.S.C.C.A.N.** at **1900.**

A **Federal Stature** creating a private cause of action permits the **recovery of damages.** Since **Govermental units are not entitled to the defence of qualified immunity,** nor **any official or other person** acting under the color of law, of the United States. A State, or a subdivision of a State. (That being true, everyone is liable for this ill.)

All of that vital information was listed in the Complaint under fact [49] straight out of a self-help litigation manual. This Plaintiff exposed it to the Defendant's counsel so they would inform him that not only is the Department liable, but there is no immunity **for anyone under the Stature.** Figuring, when the Defendant's counsel informed the Defendant, they would admit they were wrong, give the Plaintiff back his forty ($40.29) cents plus the filing fee and that would end it, all is forgiven!

5. But rather than end this ill, the Defendant dragged this case on with seemingly reasonable regulations based upon speculation exagerated fears, and post hoc rationalizations. Exactly what the house commitees report stated would not stand. <u>See</u> the Defendant's cross motion for Summary Judgment.

**6.** Augmenting that the Defendant cited a long list of old case law against the Plaintiff that was not only unapplicable in all governed under the **old standard of reasonableness.** But, two of the very cases the Defendant's cited against the Plaintiff requesting the Court to grant a Summary Judgment against the Plaintiff. Clearly showed the Plaintiff had a **Constitutional** right to practice his religion, **even under the old governing standard of reasonableness. See Exhibit 1, and Exhibit 2.** The Plaintiff sent the Court **Benjamin v. Coughlin**, and **Anderson v. Angelone.**

**7.** The Federal magistrate believed the Defendant's fraudulent document given him the benefit of the doubt rather than reading the Plaintiff's objection and cross motion for summary judgement, which gave a consice review of each case and granted a summary judgement against the Plaintiff on a §1983 claim, which the Plaintiff never filed. More importantly, he used the same list of unapplicable **old case law** starting with **Benjamin v. Coughlin.**

The very case that states **muslim and buddist inmates were permitted to use inmate religious leaders even if their was no clergy present,** as long as they had outside clergy to settle any doctrinal issues if they arose. This deception violated the Plaintiff's **5th Amendment** right to **"Equal Protection of the law."** Thus, inflicting **mental anguish, stress, and further frustration. See** the Magistrate's Report and Recommendation, which cites **Benjamin v. Coughlin**, recommending that Summary Judgement be granted against the Plaintiff, whcih resulted from the Defendant's misleading document.

8. This ill **coerced** the Plaintiff into filing a brief with the United States Court of Appeals for the First Circuit using **Benjamin v. Coughlin**, and **Anderson v. Angelone**, as exhibits, which clearly exposed the Plaintiff's rights were being violated, even under the **old governing standard of reasonableness,** which is no longer applicable. So how could anyone rightly say there not being violated under the new and **only applicable governing standard "The least restrictive means"?**

9. For **seven (7), years** the Plaintiff preached the Word of God **under the direct supervision of the outside clergy.** The Plaintiff opened up the **Holy Bible** and pointed to a verse of Scripture and explained what the verse meant, explained how it relates to us, and encouraged my eternal brothers **in Christ** to continue to follow the **Lord.** Now, for the **past two (2), years,** I have been forced to sit in the congregation with my mouth closed, because if I open it and speak (preach), to the congregation about what a verse means I'll be sent to disciplinary confinement, formally called (Segregation.) In clear violation of my **Constitutional 1st Amendment** right to **freedom of religion** and **freedom of speech.**

10. Finally, and **most importantly,** the Plaintiff has been kept from bearing any **eternal fruit** toward the **Kingdom of God. No-one and no amount of money can make up for the eternal reward that was taken away from the Plaintiff,** by not allowing him to **freely exercise his 1st Amendment right to "Freedom of Religion."** For the last **to (2), years** and counting the **affliction** of **emotional distress** the Plaintiff has been subjected to is **immeasurable.**

**Wherefore,** the Plaintiff requests the Court grant the Plaintiff **special damages** in the amount of fifty ($50,000.00), thousand dollars and any and all other relief the Plaintiff is entitled by law.

**Respectfully submitted**

**Dated: October 14, 2005**

**Wesley Spratt (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920-0273**

**Certification**

I, the undersigned, hereby, certify, that I, caused a true copy of the within document was mailed this **14th** day of **October**, **interdepartmental mail,** to: Defendant's Counsel, 40 Howard Avenue, Cranston, Rhode Island 02920.