UNITED STATES DISTRICT COURT FOR THE STATE OF

RHODE ISLAND

WESLEY SPRATT

V.

DEPT. OF CORRECTIONS

DATE 10/14/05

CASE# C.A. NO.04-1125

MOTION FOR LEAVE TO AMEND THE COMPLAINT

I MR WESLEY SPRATT, Comes before this **District Court** to ask for leave to Amend the complaint, Inaccordence with rule **9(G)** for special damges.

CERTIFACATION

I Mr Wesley Spratt, do state that a true copy of the above motion have been sent to the DEPT. Of Corrections. On the Date of 10/14/05

Wesley Spratt PRO SE