**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WESLEY SPRATT,**

**Plaintiff,** *pro se*

v. **C.A. No. 04 - 112 S**

**A.T. WALL,** Director, Rhode Island Department of Corrections, and the **RHODE ISLAND DEPARTMENT OF CORRECTIONS,**

**Defendants.**

**ORDER**

After a review of the parties submissions on the plaintiff's claims under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1, the Court finds yet another issue unaddressed by the parties. The defendant shall detail, by way of affidavit or otherwise, how the restriction on the plaintiff's supervised preaching "is the least restrictive means" of furthering the Department of Corrections' security interest. See 42 U.S.C. § 2000cc-1(a)(2). The defendant shall comply within ten days. The plaintiff may provide a reply within ten days thereafter.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
October 18, 2005