FILED
OCT 18 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT FOR THE
OF RHODE ISLAND

CASE# C.A. NO. 04-1125

DATE 10/14/05

WESLEY SPRATT
V.
DEPT. OF CORRECTIONS

MOTION FOR REASONABLE ATTORNEY FEE'S

Now comes Mr Wesley Spratt, In the above matter to the DISTRICT COURT OF RHODE ISLAND. In asking this Court for special attorney's fee's, the rules are now applicable to Prisoners. In section 803 of the prison Litigation Reform act of 1995 ( PLRA) EFFECTIVE APRIL 26, 1996.

The Plaintiff respectfully requests that the Court grant a fee it deems reasonable.

CERTIFACATION OF MOTION

I MR WESLEY SPRATT, DO STATE THAT A TRUE COPY OF THIS ABOVE MATTER HAS BEEN SENT TO THE DEPT, OF CORRECTIONS. ON THE DATE OF 10/14/05

Wesley Spratt Pro Se

ORDER

DENIED. No basis exists to award attorney's fees to the Pro Se plaintiff.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: November 21, 2005

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☑ for determination
☐
William E Smith, U.S. District Judge
Date 11/3/05