OCT 18 2005

UNITED STATES DISTRICT COURT FOR THE STATE OF

RHODE ISLAND

WESLEY SPRATT

V.

DEPT. OF CORRECTIONS

DATE 10/14/05

CASE# C.A. NO.04-1125

MOTION FOR LEAVE TO AMEND THE COMPLAINT

I MR WESLEY SPRATT, Comes before this **District Court** to ask for leave to Amend the complaint, Inaccordence with rule **9(G)** for special damges.

CERTIFACATION

I Mr Wesley Spratt, do state that a true copy of the above motion have been sent to the DEPT. Of Corrections. On the Date of 10/14/05

Wesley Spratt PRO SE

**ORDER**

**DENIED. Amendment of the Complaint to include special damages would be futile. I have recommended that Summary Judgement be entered against the Plaintiff.**

**Senior U.S. Magistrate Judge Jacob Hagopian**
**Date: November 21, 2005**

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☑ for determination
☐

William E. Smith, U.S. District Judge
Date: 11/3/05