UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WESLEY SPRATT, PRO SE
(Plaintiff)

v. C.A.No.04-112S

DEPT. OF CORRECTIONS,
A.T. WALL, et al.
(Defendant)

PLAINTIFF'S MOTION FOR SPECIAL DAMAGES RULE 9(G)

Now comes the Plaintiff, Wesley Spratt, pursuant to Rule 9 (G), "Special Damages," requesting to Court to grant an award of fifty ($50,000.00), thousand dollars for the infliction of emotional distress, mental anguish, stress, frustration and depression. **(Plaintiff requests to be heard by jury.)**

The Plaintiff is requesting the Court to grant this motion for the following reasons:

1. Unlike most civil actions, this Complaint was filed with a specific notice that the Plaintiff was not interested in money. All he wanted was to be left alone to serve his Lord and the only true Savior Jesus Christ. Just like he had done for the past seven (7), years, without one (1), incident of any kind. See p.1 in the Complaint.

**ORDER**

**DENIED. No basis exists to award the Pro Se Plaintiff the damages he seeks.**

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: November 21, 2005

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☐ for determination
☐

William E. Smith, U.S. District Judge
Date: 11/3/05