**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**WESLEY SPRATT PRO SE** * C.A.NO#04-112S

*

*

V. *

*

**ASHBEL T. WALL ET.AL.** *
**DEPT OF, CORRECTIONS**

**MOTION FOR ENLARGEMENT OF TIME RULE 6(b)**

Now comes the plaintiff **WESLEY SPRATT,** requesting the Honorable Federal Court for an enlargement of time to prepare his objection to the Magistraits report and recommondation dated Nov 22,/05. The plaintiff objects to the Magistraits report and reasonable Attorney fees and, plaintiffs motion for special damages.

**CERTIFICATION OF MOTION**

**I the undersign do hereby state that I've sent a true copy of the above motion to the defendants Attorney at 40 Howard ave, Cranston R.I. 02920.** 11 /30 /05

**Date filed:** 11 /30/05

Wesley Spratt

**WESLEY SPRATT Pro-Se:**
**PO. BOX,8273**
**Cranston R.I. 02920.**

**C.c.file:**