**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

WESLEY SPRATT PROSE *
*
*
V. * C.A.NO# 04-112s
*
*
A.T. WALL, et al. *
DEPT. OF CORRECTION

**PLAINTIFFS OBJECTION TO THE MAGISTRIATS MOTION FOR REASONABLE ATTORNEY FEES**

now comes the plaintiff with his objection to the magistriats ruling on reasonable Attorney fees, the magistriats based his desision on granting the defendant a faulty summary judgement order, sence the magistriat has clearly erred the plaintiff objects and request the Court review in Denovo.

**CERTIFICATION OF MOTION**

I the undersign, do hereby state that I sent a true copy of the above motion to the D.O.C. on the day of____month of 11/30/05.

Wesley Spratt
WESLEY SPRATT PRO.SE
P.O. Box 8273
CRANSTON RI 02920

C.c.file:

Date filed:____/___/05.