UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Wesley Spratt,<br>Plaintiff,<br>v.<br>Ashbel T. Wall, et al.,<br>Defendants. | C.A. No. 04-112S |

**ORDER**

Before the Court is Plaintiff's Motion for Enlargement of Time. After careful consideration, Plaintiff's Motion is GRANTED and it is hereby ORDERED:

1. Plaintiff has until January 9, 2006, to file his Memorandum in Support of his Objection to Magistrate Hagopian's Report and Recommendation.

2. The Government shall file its response by January 23, 2006.

ENTER:

Deputy Clerk

IT IS SO ORDERED.

William E. Smith
United States District Judge
Date: 12/8/05