FILED

JAN 19 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **Wesley Spratt** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 04-112S** |
| | : | |
| **Department of Corrections;** | : | |
| **A.T. Wall** | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION**

Now comes Defendant A.T. Wall and hereby respectfully requests an extension of time in which to respond to the Plaintiff's Objection to the Magistrate's Report and Recommendation, for the reasons argued in the accompanying memorandum of law. Defendant respectfully requests an extension to February 28, 2006.

Defendant Wall, by his attorney,

Patricia A. Coyne-Fague #5198
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage pre-paid, to Plaintiff Wesley Spratt, Maximum Security, P.O. Box 8273, Cranston, RI 02920, and to counsel Carly Beauvais Iafrate, Rhode Island Affiliate, ACLU, 170 Westminster Street, Suite 601, Providence, RI 02903 on this 17th day of January, 2006.

GRANTED
William E. Smith
U.S. District Judge
1/23/06