**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WESLEY SPRATT** PRO SE. | * | |
| | * | |
| V. | * | |
| | * | C.A.NO#**04-112s** |
| A.T. WALL, et al. | * | |
| **DEPT, OF CORRECTIONS** | * | |

**PLAINTIFF OBJECTION TO THE MAGISTRIATS RULING FOR SPECIAL DAMAGES RULE 9(G)**

Now comes the plaintiff with his objection to the Magistriats ruling on special damges Rule 9(g) the magistriat based his desision on his faulty summary judgement against, the plaintiff the Magistriat has clearly erred in his desision wherefore the plain tiff request the Courts Denovo review.

**CERTIFICATION OF NOTICE**

I the undersign do hereby state that I sent a true copy of the above motion to the D.O.C. Attorney at 40 Howard Ave cranston Rhode Island 02920, on this day of______month of /05.

11/30/05

Wesley Spratt

WESLEY SPRATT Pro-se
Po. Box 8273
Cranston R.I. 02920

Date filed: 11 /30/05.

C.c file:

Objection is Denied
WMS, USDJ
3/8/06