**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WESLEY SPRATT** PROSE | * | |
| | * | |
| v. | * | C.A.NO# 04-112s |
| | * | |
| **A.T. WALL, et al.** | * | |
| **DEPT. OF CORRECTION** | * | |

**PLAINTIFFS OBJECTION TO THE MAGISTRIATS MOTION FOR REASONABLE ATTORNEY FEES**

now comes the plaintiff with his objection to the magistriats ruling on reasonable Attorney fees, the magistriats based his desision on granting the defendant a faulty summary judgement order, sence the magistriat has clearly erred the plaintiff objects and request the Court review in Denovo.

**CERTIFICATION OF MOTION**

I the undersign, do hereby state that I sent a true copy of the above motion to the D.O.C. on the day of____month of 11/30/05.

Objection is Denied
WMM,
USDJ
3/8/06

Wesley Spratt
WESLEY SPRATT PRO.SE
P.O. Box 8273
CRANSTON RI 02920

C.c.file:

Date filed: ___/___/05.