**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WESLEY SPRATT,** **Plaintiff** vs. **A.T. WALL, et al.,** **Defendants.** | **C.A. No.: 04-112S** |

**MOTION TO EXTEND TIME FOR FILING PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF OBJECTION TO REPORT AND RECOMMENDATION**

The Plaintiff, Wesley Spratt, ("Plaintiff"), hereby moves for an extension of time of five (5) days, or up to and including Friday, March 17, 2006, in which to reply to the Memorandum filed by the State Department of Corrections on or about February 24, 2006. Plaintiff intends to file only a brief reply, but requires additional time to do so.

Wherefore, Plaintiff respectfully requests that this motion be granted.

Wesley Spratt
By his Attorney,

Carly Beauvais Iafrate, #6343
Rhode Island Affiliate,
American Civil Liberties Union
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a true copy of the within document to Patricia A. Coyne-Fague, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, RI 02920 on the 13 th day of March 2006.