USDCRI
Judge W. Smith
04-112

# United States Court of Appeals
## For the First Circuit

No. 05-1583

WESLEY SPRATT,

Plaintiff, Appellant,

v.

ASHBEL T. WALL, ET AL.,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: April 4, 2006

We issued an order to show cause why the instant appeal should not be dismissed on the ground that the order appealed from is not final. We now have received appellant's response and conclude that we lack jurisdiction over the appeal. First, the order at hand, to the extent it partially granted the defendant's motion for summary judgment on the 42 U.S.C. § 1983 claim, is not final because it "did not dispose of all of the claims [appellant had] asserted." See Stewart v. Dutra Constr. Co., 230 F.3d 461, 465 (1st Cir. 2000) (emphasis added). Indeed, the court left pending appellant's claim under 42 U.S.C. § 2000cc. Second, and as for the denial of appellant's motion for summary judgment, such a denial "is not

appealable until after a final judgment." See Acevedo-Garcia v. Vera-Monroig, 204 F.3d 1, 10 (1st Cir. 2000). We therefore dismiss the instant appeal for lack of jurisdiction.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:______________________________

Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]

Deputy Clerk

Date: 4/26/06

[cc: Wesley Spratt, Patricia Anne Coyne-Fague, Esq.]