UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

April 20, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: Wesley Spratt v. RIDOC
CA:04-112S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Doreen L Baldinelli
Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Notice of Appeal, Order dated March 31, 2005(Doc #36); Plaintiff's objection to the Magistrate Judge's R&R (Doc #35); plaintiff's letter/memor (Doc #34); Order dated February 10, 2005 (Doc #32, 31); Report and Recommendation dated January 18, 2005 (Doc #27); Report and Recommendation dated January 13, 2005 (Doc #26); Plaintiff's Motion for Summary Judgment and Immediate Injunctive Relief (Doc #23).

Susan Pedran
05-1583