**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Wesley Spratt** :
:
**vs.** : **C.A. No.: 04-112S**
:
**Department of Corrections;** :
**A.T. Wall** :

**DEFENDANT'S MOTION TO FILE A SUPPLEMENTAL MEMORANDUM BASED ON NEW INFORMATION**

Now comes Defendant A.T. Wall and for the reasons argued in the accompanying memorandum of law hereby respectfully requests that this Court grant leave to file a supplemental memorandum in support of his Response to Plaintiff's Objection to the Report and Recommendation granting Defendant's Motion for Summary Judgment.

Defendant Wall, by his attorney,

Patricia A. Coyne-Fague #5198
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage pre-paid, to Carly Beauvais Iafrate, Rhode Island Affiliate, ACLU, 170 Westminster Street, Suite 601, Providence, RI 02903 on this 9th day of May 2006.

GRANTED
William E. Smith
U.S. District Judge
5/11/06