AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WESLEY SPRATT

V.

A.T. WALL, Director, Rhode Island Department of Corrections; and the Rhode Island Department of Corrections

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 04-112S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, A.T. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS AND THE RHODE ISLAND DEPARTMENT OF CORRECTIONS, AGAINST PLAINTIFF, WESLEY SPRATT, PURSUANT TO THIS COURT'S DECISION AND ORDER ENTERED ON THIS DATE, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT, A.T. WALL'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S RLUIPA CLAIM.**

June 6, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk