**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WESLEY SPRATT,** **Plaintiff** vs. **A.T. WALL, et al.,** **Defendants.** | **C.A. No.: 04-112S** |

**AFFIDAVIT**

I, Wesley Spratt, the Plaintiff in the above-referenced matter, do hereby state and affirm that:

1. On April 13, 2006, I was working as a dining room packer. I have had this job, on and off, for about two to three years.

2. During the time that I have worked as a dining room packer, we have been allowed to wear coats.

3. When I was told to take my coat off, I did take my coat off.

4. I did tell the correctional officer that we were allowed to wear our coats at work.

5. I did not tell the inmates to stop working. I did not stand on top of a table. I did not in any way try to encourage a group demonstration of any kind.

Subscribed and sworn to under the penalties of perjury this 12th day of June 2006.

Wesley Spratt

Subscribed and sworn before me this 12th day of June 2006

Notary Public

My Commission Expires:__________



COMMISSION EXPIRES
3-4-09