**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WESLEY SPRATT,** **Plaintiff** | ) | |
| **vs.** | ) | **C.A. No.: 04-112S** |
| **A.T. WALL, et al.,** **Defendants.** | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Wesley Spratt, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on June 6, 2006, and from the underlying order of the District Court for the District of Rhode Island of June 5, 2006, granting defendants' motion for summary judgment, denying plaintiff's motion for summary judgment, and accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian, of November 21, 2005, and subsidiary orders.

Plaintiff,
By his attorney,

Lynette Labinger, RI Bar #1645
Cooperating counsel,
Rhode Island Affiliate American Civil Liberties Union
344 Wickenden Street
Providence, Rhode Island 02903
(401) 421-9794
(401) 421-0132 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I mailed or delivered a true copy of the within Notice of Appeal on the 30th day of June, 2006 to Patricia Coyne-Fague, Esq., R.I. Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920.