CA: 04-112
J. Smith

# United States Court of Appeals
## For the First Circuit

No. 06-2038

MANDATE

WESLEY SPRATT,

Plaintiff, Appellant,

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS;
A.T. WALL, Director, Rhode Island Department of Corrections,

Defendants, Appellees.

**JUDGMENT**

Entered: April 6, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed, and the matter is remanded for further disposition in accordance with the opinion issued this day.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** APR 27 2007

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. William E. Smith and Mr. David DiMarzio. Copies to Ms. Labinger and Ms. Coyne-Fague. ]