**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# ORDER OF SETTLEMENT CONFERENCE

Wesley Spratt

v. CA. No. 04-112S

RIDOC, et al

Pursuant to this Court's Alternative Dispute Resolution Program, the above-captioned matter will have a settlement conference with U.S. District Judge William E. Smith in Room 412, United States Courthouse on July 26, 2007 at 9:00 AM. Counsel are directed to appear with their respective parties or someone with full financial and other authority to conduct good faith negotiations.

Failure to so appear, without advance leave of Court, may result in sanctions. Barring an emergency, leave must be sought within ten (10) days of this notice.

ENTER:

ORDER:
By: [signature]
Deputy Clerk

[signature]
William E. Smith
U.S. District Judge

Date: 5/25/07