CA:04-112
J. Smith

CERTIFIED COPY

# United States Court of Appeals

## For the First Circuit

---

No. 06-2038

WESLEY SPRATT,

Plaintiff - Appellant,

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS;
A.T. WALL, Director, Rhode Island Department of Corrections,

Defendants - Appellees.

---

TAXATION OF COSTS

---

Entered: May 31, 2007
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of appellant are taxed as follows:

Docket fee: $450.00

Reproduction of appellant's brief:
[(82 pages x $0.10 per page) + $3.00 per binding] x 13 copies
= $145.60

Reproduction of appendix:
[141 pages x $0.10 per page) + $3.00 per binding] x 7 copies
= $119.70

**TOTAL $715.30**

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on April 27, 2007.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By:______________________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Date: 5/31/7

[Cert. cc: David A. DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Ms. Labinger and Ms. Coyne-Fague]