**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WESLEY SPRATT,** **Plaintiff** | ) | |
| **v.** | ) | **C.A. No.: 04-112S** |
| **A.T. WALL, et al.,** **Defendants.** | ) | |

**CONSENT JUDGMENT**

The Court finds, by and with the agreement of the parties, plaintiff Wesley Spratt and defendant A.T. Wall, in his official capacity as Director of the Department of Corrections of the State of Rhode Island (hereinafter "defendant RIDOC"), as follows:

1. Plaintiff's preaching is a religious exercise within the meaning of the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §2000cc-1, *et seq*. ("RLUIPA").

2. The RIDOC policy of blanket prohibition against all preaching by inmates substantially burdened plaintiff's rights under RLUIPA.

3. The RIDOC policy of blanket prohibition against inmate preaching is not the least restrictive means available to achieve its compelling interest in maintaining prison security.

ENTERED as the Judgment of the Court this 30th day of July 2007.

By Order:

Enter: ______________________
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

Attorneys for plaintiff 7/26/07
Lynette Labinger #1645
Roney & Labinger LLP
Cooperating counsel, Rhode Island Affiliate,
American Civil Liberties Union
344 Wickenden Street
Providence, Rhode Island 02903
(401) 421-9794
(401) 421-0132 (fax)

Attorneys for defendant 7-26-07
Patricia A. Coyne-Fague #5198
Executive Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 (fax)